**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-CR-129 (RC)** |
| | : | |
| **v.** | : | |
| | : | |
| **ABDULLAH THOMAS,** | : | **VIOLATIONS:** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 1951** |
| | : | **(Interference with Interstate Commerce by** |
| | : | **Robbery)** |
| | : | |
| | : | **22 D.C. Code § 4504(b)** |
| | : | **(Possession of a Firearm During Crime of** |
| | : | **Violence or Dangerous Offense)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 981(a)(1)(C),** |
| | : | **21 U.S.C. §§ 853(a) and (p),** |
| | : | **and 28 U.S.C. § 2461(c)** |

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

On or about March 2, 2026, within the District of Columbia, **ABDULLAH THOMAS** did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ABDULLAH THOMAS** did unlawfully take and obtain, and attempt to take and obtain, property consisting of United States Currency from the Subway Sandwich Shop located at 3950 Minnesota Avenue Northeast, Washington, D.C., from the presence of an employee, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, while the employee was engaged in commercial

activities as an employee of Subway Sandwich Shop, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

**COUNT TWO**

On or about March 2, 2026, within the District of Columbia, **ABDULLAH THOMAS** did possess a firearm or imitation thereof while committing the crime of Assault with a Dangerous Weapon.

**(Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b)).

**FORFEITURE ALLEGATION**

1. Upon conviction of the offenses listed in Counts One and Two of this Information, the defendant, **ABDULLAH THOMAS**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. Upon conviction of the offenses listed in Counts One and Two of this Information, the defendant, **ABDULLAH THOMAS**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the

result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c)).

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Caelainn Carney*
CAELAINN CARNEY
Assistant United States Attorney
N.Y. Bar No. 5751672
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-714-6433
Email: caelainn.carney@usdoj.gov